AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

JUAN GARCIA,

      Petitioner,          JUDGMENT IN A CIVIL CASE
  V.

                              CASE NUMBER: **3:10-CV-00130-ECR-RAM**

WILLIAM DONAT, et al.,

      Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Respondents' Motion to Dismiss (Dkt #8) is GRANTED. The Petition is DISMISSED IN ITS ENTIRETY, as procedurally barred. Petitioner is DENIED A CERTIFICATE OF APPEALABILITY.


  1/20/2011                                              **LANCE S. WILSON**
                                                                              Clerk


                                                                        /s/ P. McDonald
                                                                         Deputy Clerk